OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

*Return to Sender*

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R    $ 00.26⁵
0006557458    FEB 25 2015
MAILED FROM ZIP CODE 78701

2/17/2015
**JACQUES, MICHAEL    Tr. Ct. No. 20020D03178-168-2    WR-67,418-02**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

MICHAEL JACQUES
# 1155051

*Not In Custody*

Ellis Sheriff
300 S. Jackson St.
Waxahachie, Tx. 75165

RETURN TO SENDER

RECEIVED ELLIS COUNTY SHERIFF'S OFFICE

MAR -9 PM 12:5